[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10941
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 21, 2011
JOHN LEY
CLERK

D.C. Docket No. 2:09-cv-00092-LGW-JEG

EARL STANTON,

Plaintiff - Appellant,

versus

MCINTOSH COUNTY, GEORGIA,
SHERIFF OF MCINTOSH COUNTY, GEORGIA,
JAMES LYONS,
individually,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(July 21, 2011)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Appellant brought an action against McIntosh County, Georgia, Stephen Jessup, as Sheriff of McIntosh County, and Captain James Lyons under 42 U.S.C. § 1983. The district court granted summary judgment in favor of all the defendants. In this appeal the Appellant challenges that ruling only as to Captain James Lyons.

After studying the briefs and the record, we affirm the ruling of the district court for the reasons set forth in its ORDER of September 29, 2010. Based upon the uncontradicted facts surrounding the obtaining of the arrest warrant, Captain James Lyons is entitled to qualified immunity.

**AFFIRMED.**